UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED

SEP 1 2 2018

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. |
| MALACHIAH WILLIAMS, | ) 4:18CR768 ERW/DDN |
| Defendants. | ) |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about, July 31, 2018, in the City of St. Louis, within the Eastern District of Missouri,

**MALACHIAH WILLIAMS,**

with the intent to cause death or serious bodily harm, did take a motor vehicle that had been transported or shipped in interstate commerce from a person or presence of another, by force and violence or intimidation.

In violation of Title 18, United States Code, Section 2119(a).

### COUNT TWO

The Grand Jury further charges that:

On or about, July 31, 2018, in the City of St. Louis, within the Eastern District of Missouri,

**MALACHIAH WILLIAMS,**

during and in relation to the crime of violence named in COUNT ONE, to wit: the armed carjacking robbery, did use or carry a firearm or in furtherance of that crime of violence did possess a firearm and did so by brandishing and/or discharging a firearm.

In violation of Title 18, United States Code, Section 924(c).

## COUNT THREE

The Grand Jury further charges that:

On or about July 25, 2018, in the City of St. Louis, within the Eastern District of Missouri,

**MALACHIAH WILLIAMS,**

with the intent to cause death or serious bodily harm did take a motor vehicle that had been transported or shipped in interstate commerce from the person or presence of another, by force and violence or intimidation.

In violation of Title 18, United States Code Section 2119(a).

## COUNT IV

The Grand Jury further charges that:

On or about July 25, 2018, in the City of St. Louis, in the Eastern District of Missouri,

**MALACHIAH WILLIAMS,**

during and in relation to the crime of violence named in COUNT THREE, to wit: the armed carjacking robbery, did use or carry a firearm or in furtherance of that crime of violence did possess a firearm and did so by brandishing and/or discharging a firearm.

In violation of Title 18, United States Code, Section 924(c).

A TRUE BILL.


_____
FOREPERSON

JEFFREY B. JENSEN
United States Attorney


_____
THOMAS J. MEHAN, #28958MO
Assistant United States Attorney